IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER CODY WORSHAM**                                                                                      **PLAINTIFF**

v.                                        **Case No. 3:24-cv-00134-KGB**

**ALLISON REDDING,** *et al.*                                                                                               **DEFENDANTS**

**ORDER**

When plaintiff Christopher Cody Worsham filed this lawsuit, he was in custody at the Greene County Detention Center ("GCDC") (Dkt. No. 2). On October 16, 2024, and December 30, 2024, mail to Mr. Worsham at the GCDC was returned undeliverable (Dkt. Nos. 14; 23). As a result, on May 28, 2025, the Court entered a show cause Order to require Mr. Worsham to inform the Court of his current contact information within 30 days of entry of the Order (Dkt. No. 25). The Court notified Mr. Worsham that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Worsham has not complied with or otherwise responded to the Court's May 28, 2025, Order, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice Mr. Worsham's complaint for failure to prosecute (Dkt. No. 2), denies as moot the pending Partial Recommended Disposition and Recommended Disposition (Dkt. Nos. 12; 22). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 2nd day of July, 2025.

                                                                                 _____  
                                                                                Kristine G. Baker  
                                                                                Chief United States District Judge